## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Michael Eelkema,<br><br>    Plaintiff,<br><br>vs.<br><br>United of Omaha Life Insurance Company,<br><br>    Defendant. | Case No. 0:21-cv-02756-NEB-TNL<br><br>**DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant United of Omaha Life Insurance Company states that it is a wholly owned subsidiary of Mutual of Omaha Insurance Company, which is a mutual insurance company. No publicly held corporation owns 10% or more of the stock of United of Omaha Life Insurance Company.

NILAN JOHNSON LEWIS PA

Date: February 25, 2022   By: *s/ Brandie Morgenroth*
William D. Hittler (Reg. No. 153916)
Brandie Morgenroth (Reg. No. 396155)
250 Marquette Ave. S., Suite 800
Minneapolis, MN 55401
Phone: 612-305-7500
Fax: 612-305-7501
whittler@nilanjohnson.com
bmorgenroth@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**